UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22542-CIV-SEITZ/DUBÉ

MAGALY PINEDA,

      Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before this Court on the Motion to Remand filed by the Defendant (D.E. #12) pursuant to a Clerk's Notice of Magistrate Judge Assignment entered by the Clerk of Court, United States District Court for the Southern District of Florida. This Court has reviewed the motion and the file in this cause.

The Plaintiff has filed a complaint seeking review of a decision denying her application for supplemental security income benefits. The present motion filed by the Defendant seeks to have this Court remand this cause to the Commissioner under sentence four of 42 U.S.C. §405 (g) for further review of the Plaintiff's claim. The motion indicates that the Plaintiff's counsel does not object to the relief sought. Thus, there is no dispute that the cause should be remanded or as to the nature of the further proceedings to be conducted before the Commissioner. Accordingly, based on the foregoing, this Court recommends as follows:

(1)    The Motion to Remand (D.E. #12) be **GRANTED**; that Final Judgment under Rule 58, Federal Rules of Civil Procedure be entered and that this cause be Reversed and Remanded under

sentence four of 42 U.S.C. §405(g) for the following proceedings:

    (a)    For the ALJ to conduct further proceedings to determine whether alcoholism is a contributing factor material to the finding of disability, including appropriate findings and rationale in accordance with 20 C.F.R. § 416.935 and P.L. 104-21; and

    (b)    If the ALJ finds the Plaintiff to be disabled considering the effects of drug addiction or alcoholism, the ALJ will proceed with an evaluation to determine which physical and mental limitations would remain if the Plaintiff stopped using drugs or alcohol and then determine whether these remaining limitations are disabling, providing a clear statement of the residual functional capacity expressed in work-related terms.

Pursuant to Local Magistrate Rule 4(b), the parties have fourteen (14) days from service of this Report and Recommendation to serve and file written objections, if any, with the Honorable Patricia A. Seitz, United States District Judge. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained herein. Loconte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); R.T.C. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

**DONE AND ORDERED** this \_\_\_4\_\_\_ day of December, 2009.

                                                  ROBERT L. DUBÉ
                                                UNITED STATES MAGISTRATE JUDGE